UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| ERNEST LEWIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV417-175 |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Earnest Lewis moves, with defendant Allianceone Receivables Management, Inc.'s consent, for leave to serve a third-party subpoena before the parties hold their Fed. R. Civ. P. 26(f) conference. Doc. 11. Specifically, plaintiff seeks permission to subpoena his own cellular telephone records. *Id.* at 2. Because Allianceone consents, the Court **GRANTS** plaintiff's motion.

**SO ORDERED,** this 14th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA